FILED
CLERK U.S. DISTRICT COURT

AUG 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, NATIONAL ELECTRICAL INDUSTRY FUND, and ADMINISTRATIVE MAINTENANCE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> BRASSFIELD COMMUNICATIONS, Inc., a California corporation, <br><br> Defendant. | CASE NO.: CV 08-06564 SVW (SHx) <br><br> ASSIGNED TO THE HONORABLE STEPHEN V. WILSON <br><br> [~~PROPOSED~~] JUDGMENT <br><br> **FILED SEPARATELY, CONCURRENTLY AND IN SUPPORT THEREOF:** <br> 1. **MEMORANDUM OF POINTS AND AUTHORITIES** <br> 2. **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** <br> 3. **DECLARATION OF KATHLEEN JOHNSON** <br> 4. **DECLARATION OF DOUGLAS WAITE;** <br> 5. **DECLARATION OF DENISE E. CARTER** <br><br> **Hearing Date:** <br> DATE: August 17, 2009 <br> TIME: 1:30 p.m. <br> COURTROOM: 6 |

Plaintiffs' motion for default judgment ~~came on regularly for hearing on August 17, 2009, at 1:30 p.m. in the above-referenced Court, the Honorable Stephen V. Wilson, United States District Judge, presiding.~~ was taken under submission. ~~Appearances were stated on the record.~~ After

-1-

[PROPOSED] JUDGMENT

212327.1

full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, National Electrical Industry Fund, and Administrative Maintenance Fund, shall recover from Brassfield Communications, Inc. a California corporation, the principal amount of $61,294.39, together with attorney's fees of $10,591.50, and costs of $1,031.90, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: 8/10/09

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: July 7, 2009

**LAQUER URBAN CLIFFORD & HODGE LLP**

By: /s/ Denise E. Carter
Susan Graham Lovelace
Denise E. Carter
Attorney for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

212327.1

-2-

[PROPOSED] JUDGMENT